Amy M. Samberg, NV Bar No. 10212
Chad R. Fears, NV Bar No. 6790
Tegan C. Machnich, NV Bar No. 11642
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone;  (702) 784-5200
Facsimile:  (702) 784-5252

*Attorneys for Defendant*
*Automobile Insurance Company of Hartford, Connecticut*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RYAN SPOHR, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, a Connecticut Corporation; DOES I through V; and ROE CORPORATIONS I through V,<br><br>            Defendants. | CASE NO. 2:10-cv-00119-LDG-PAL<br><br>**STIPULATION TO DISMISS CASE WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff RYAN SPOHR and Defendant AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, by and through their undersigned counsel, stipulate and agree that the above-captioned case, all claims, causes of action and defenses between Plaintiff and Defendant as set forth in the pleadings be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

12566804

DATED this 14th day of February, 2011

SNELL & WILMER, LLP

By: __/s/ Tegan Machnich_____
    Amy Samberg, Esq.
    Chad Fears, Esq.
    Tegan Machnich, Esq.
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
    *Attorneys for Defendant Automobile Insurance Company of Hartford, Connecticut*

DATED this 14th day of February, 2011

LAW OFFICE OF JULIE A. MERSCH

By: __/s/ Julie Mersch_____
    Julie Mersch, Esq.
    701 South 7th Street
    Las Vegas, Nevada, 89101
    *Attorney for Plaintiff Ryan Spohr*

**ORDER**

IT IS SO ORDERED.

DATED this __18__ day of February, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

12566804

- 2 -